IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Munyon, Dawn M

Printed: 10/29/08

Case Number: 08 B 01498
Judge: Squires, John H
Filed: 2/21/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 17, 2008
Confirmed: April 16, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,777.00 |  |
| Secured: |  | 1,661.49 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 115.51 |
| Other Funds: |  | 0.00 |
| Totals: | 1,777.00 | 1,777.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert V Schaller | Administrative | 3,525.00 | 0.00 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | America's Servicing Co | Secured | 52,823.49 | 1,661.49 |
| 4. | ECast Settlement Corp | Unsecured | 58.40 | 0.00 |
| 5. | Premier Bankcard | Unsecured | 30.19 | 0.00 |
| 6. | T Mobile USA | Unsecured | 21.62 | 0.00 |
| 7. | Commonwealth Edison | Unsecured | 80.24 | 0.00 |
| 8. | Activity Collection Svc | Unsecured | 7.08 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 154.59 | 0.00 |
| 10. | Target National Bank | Unsecured | 26.84 | 0.00 |
| 11. | Illinois Student Assistance Commission | Unsecured | 943.21 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 51.27 | 0.00 |
| 13. | Fingerhut | Unsecured | 44.21 | 0.00 |
| 14. | City Of Chicago Dept Of Revenue | Unsecured | 10.00 | 0.00 |
| 15. | GMAC Auto Financing | Secured |  | No Claim Filed |
| 16. | GMAC Auto Financing | Unsecured |  | No Claim Filed |
| 17. | American General Finance | Unsecured |  | No Claim Filed |
| 18. | Chase | Unsecured |  | No Claim Filed |
| 19. | AT&T | Unsecured |  | No Claim Filed |
| 20. | Creditors Discount & Audit Co | Unsecured |  | No Claim Filed |
| 21. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 22. | Capital One | Unsecured |  | No Claim Filed |
| 23. | Chicago Patrolmen's Fed Credit Union | Unsecured |  | No Claim Filed |
| 24. | Creditors Discount & Audit Co | Unsecured |  | No Claim Filed |
| 25. | Columbia House | Unsecured |  | No Claim Filed |
| 26. | Capital One | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Munyon, Dawn M

Printed: 10/29/08

Case Number: 08 B 01498
Judge: Squires, John H
Filed: 2/21/08

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Comcast | Unsecured | | No Claim Filed |
| 28. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 29. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 30. | Creditors Discount & Audit Co | Unsecured | | No Claim Filed |
| 31. | Emergency Physicians | Unsecured | | No Claim Filed |
| 32. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 33. | Bank One | Unsecured | | No Claim Filed |
| 34. | ECast Settlement Corp | Unsecured | | No Claim Filed |
| 35. | First Premier | Unsecured | | No Claim Filed |
| 36. | Creditors Discount & Audit Co | Unsecured | | No Claim Filed |
| 37. | HFC | Unsecured | | No Claim Filed |
| 38. | Ginny's | Unsecured | | No Claim Filed |
| 39. | HB Fuller | Unsecured | | No Claim Filed |
| 40. | HSBC | Unsecured | | No Claim Filed |
| 41. | HSBC | Unsecured | | No Claim Filed |
| 42. | HSBC | Unsecured | | No Claim Filed |
| 43. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 44. | Dr Ramakrishna Velamati | Unsecured | | No Claim Filed |
| 45. | Midland Credit Management | Unsecured | | No Claim Filed |
| 46. | Midland Credit Management | Unsecured | | No Claim Filed |
| 47. | Jill Rose Quinn | Unsecured | | No Claim Filed |
| 48. | NBGL-Carsons | Unsecured | | No Claim Filed |
| 49. | Nicor Gas | Unsecured | | No Claim Filed |
| 50. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 51. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 52. | Pacific Marine CU | Unsecured | | No Claim Filed |
| 53. | Portfolio Recovery Associates | Unsecured | | No Claim Filed |
| 54. | HFC | Unsecured | | No Claim Filed |
| 55. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 56. | Verizon | Unsecured | | No Claim Filed |
| 57. | RJM Acquisitions LLC | Unsecured | | No Claim Filed |
| 58. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| 59. | Turner Acceptance Corporation | Unsecured | | No Claim Filed |
| 60. | Systenatuc National Collection | Unsecured | | No Claim Filed |
| 61. | SBC | Unsecured | | No Claim Filed |
| 62. | WFNNB/Harlem Furniture | Unsecured | | No Claim Filed |
| | | | $ 57,776.14 | $ 1,661.49 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 115.51 |
| | $ 115.51 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Munyon, Dawn M | Case Number: 08 B 01498 |
| | Judge: Squires, John H |
| Printed: 10/29/08 | Filed: 2/21/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

